UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANISH BHAKTA, an individual, and HETAL BHAKTA, an individual,<br><br>Defendants. | Civil Action No.: 00-1588DSD/JMM<br><br>**PERMANENT INJUNCTION BY CONSENT** |

**THIS MATTER** having been presented to the Court by way of a Verified Complaint and motion filed by plaintiff Knights Franchise Systems, Inc. ("RFS"), by its attorneys, Gray, Plant, Mooty, Mooty, Bennett, P.A. (Kirk W. Reilly, Esq. and Megan L. Anderson, Esq., appearing), for the entry of a preliminary injunction against defendants Manish Bhakta and Hetal Bhakta. ("Bhaktas"), pursuant to Fed. R. Civ. P. 65(a), to enjoin Bhaktas from any further use of Knights® or Knights Inn® trade name, trademarks, and service marks (collectively, "Knights Marks"), or the use of names and marks confusingly similar to the Knights Marks, and it appearing that the parties hereto have consented to the terms and conditions of the within Order and good cause having been shown:

**IT IS** on this 29TH day of August, 2000,

(1) **ORDERED** that defendants Bhaktas, and their agents, servants, members, affiliates, subsidiaries, officers, employees, independent contractors, and all those who act in concert or participation with them, are hereby permanently enjoined and restrained from marketing, promoting, or renting guest lodging facilities at 841 Faribault Ave.,

FILED AUG 3 0 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Faribault, Minnesota 55021 (the "Facility"), through and with the Knights Marks, such that the origin of Bhaktas' goods or services are falsely designated as being those of KFS, or designated in a manner that is confusingly similar to those of KFS; and further

(2) **ORDERED** that the injunction described above encompasses, but is not limited to the use of any and all print or telecommunication, advertisements, drafts, labels, signs, flyers, stationery, envelopes, applications, booklets, brochures, catalogs, circulars, pamphlets, periodicals, bulletins, instructions, minutes, or other communications, purchase orders, contracts, agreements, options to purchase, deeds, memoranda of agreements, assignments, licenses, books of account, orders, accounts, working papers, billboards, in-room personal items such as soap and shampoo, towels, and other items or materials used in the promotion or operation of the Facility as a public lodging facility; and further

(3) **ORDERED** that a copy of this Order shall be served upon defendants, through their counsel David M. Lawson, by overnight delivery within five (5) days of the date hereof; and further

(4) **ORDERED** that the above-referenced de-identification of the Facility shall be accomplished within ten (10) days after the date of this Order; and further

(5) **ORDERED** that defendants Bhaktas must, within fourteen (14) days after the date of this Order, account to KFS for all gross sales and profits of the Facility located at 841 Faribault Ave., Faribault, Minnesota 55021 from January 21, 1999, to the present; and further

(6) **ORDERED** that, pursuant to 15 U.S.C. Section 1116, defendants Bhaktas must file with the Court and serve on KFS within thirty (30) days after service on

defendants of this order of injunction, a report in writing, under oath, setting forth in detail the manner and form in which defendants have complied with this injunction.

**The Honorable David S. Doty**
**United States District Court Judge**

We hereby consent to the form and entry of the within Order:

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By:________________________
KIRK W. REILLY (Atty. #153370)
A Member of the Firm
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402

Attorneys for Plaintiff
Knights Franchise Systems, Inc.

DAVID M. LAWSON

By:________________________
DAVID M. LAWSON (Atty. #146559)
3433 Broadway Street N.E., Suite 185
Minneapolis, MN 55413

Attorney for Defendants
Manish Bhakta and Hetal Bhakta

KNIGHTS FRANCHISE SYSTEMS, INC., PLAINTIFFS

By:________________________
RICHARD J. WOLF
Vice President – Legal

MANISH BHAKTA AND HETAL BHAKTA, DEFENDANTS

By:________________________
MANISH BHATA

By:________________________
HETAL BHATA

GP:719793 v1