UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., a Delaware Corporation, | ) | Civil Action No.: 00-1588DSD/JMM |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| MANISH BHAKTA, an individual, and HETAL BHAKTA, an individual, | ) | |
| Defendants. | ) | |

The undersigned attorneys hereby advise the Court that the parties have agreed to submit their remaining disputes in the above-entitled cause of action to arbitration through the American Arbitration Association.

THEREFORE:

IT IS HEREBY STIPULATED by and between all of the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed without prejudice so that the parties may pursue their claims through arbitration.

Dated: Feb. 28, 2001

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Kirk W. Reilly (Atty No. 153370)
Megan L. Anderson (Atty No. 248058)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

ATTORNEYS FOR PLAINTIFF KNIGHTS FRANCHISE SYSTEMS, INC.

MAR 0 2 2001

FILED
FRANCIS E. DOSAL, CLERK MAR 0 2 2001
JUDGMENT ENTD
DEPUTY CLERK

Dated: Feb. 26, 2001

LAWSON LAW OFFICE

By: ______________________

David M. Lawson (Atty No. 146559)
3433 Broadway Street, N.E., Suite 185
Minneapolis, MN 55413
Telephone: (612) 623-4585

ATTORNEYS FOR DEFENDANTS MANISH AND HETAL BHAKTA

GP:759474 v1

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action without prejudice so that the parties may arbitrate their disputes through the American Arbitration Association. Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter is dismissed without prejudice and without costs or disbursements being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/2/01

BY THE COURT

The Honorable David S. Doty
United States District Court Judge

GP:759474 v1